# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO LEE MIXON, JR.
                        Appellant,
                vs.
THE STATE OF NEVADA,
                        Respondent.

No. 77206

**FILED**

NOV 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial motion to suppress. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule allows a defendant to appeal from an order denying a pretrial motion to suppress evidence. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists); *see also* NRS 177.015(2) (only the state may appeal from an order granting or denying a pretrial motion to suppress). Accordingly, we conclude that lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
        Pickering

_____ J.
        Gibbons

_____, J.
        Hardesty

18-43155

cc: Hon. Michael Villani, District Judge
Antonio Lee Mixon, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk